Jacob Schaffer, Appellant, *v.* Felix J. Gambetta, Respondent.

Argued January 9, 1942; decided February 26, 1942.

*George Brody* and *Harold Weiss* for appellant.

*John W. Bonney* for respondent.

Judgment affirmed, without costs. We do not consider whether the request to charge would have been correct if the case had been tried on a different theory. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.